## GULF COMPRESS CO. V. JONES COTTON CO.

(Decided June 30, 1908.   Rehearing denied Feb. 5, 1909.)

APPEAL from Morgan Chancery Court.

Heard before Hon. W. H. SIMPSON.

BROWN & KYLE, FITZHUGH, BIGGS & FITZHUGH, and CABANISS & BOWIE, for appellant.   E. W. GODBEY, and CALLAHAN & HARRIS, for appellee.

ANDERSON, J.—Reversed and rendered on the authority of *Gulf Compress Co. v. Harris Cortner & Co.*, 158 Ala. 343; 48 South. 477.

TYSON, C. J., HARALSON, DOWDELL, SIMPSON and DENSON, JJ., concur.

McCLELLAN, J.—dissents.

---

## HALL V. TEMPLE.

(Decided April 15, 1909.)

APPEAL from Elmore City Court.

Heard before Hon. W. W. PEARSON.

FRANK W. LULL, for appellant.   J. M. HOLLEY, for appellee.

Per curiam.   Appeal dismissed for want of prosecution.

---

## HARRIS V. McNEILL.

(Decided April 22, 1909.)

APPEAL from Fayette Circuit Court.

Heard before Hon. S. H. SPROTT.

No counsel marked for either party.

Per curiam.   Affirmed on certificate for want of transcript.